DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant-Appellant
RAFAEL O. RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:08-cr-00239 LJO |
| ) | |
| *Plaintiff-Appellee,* ) | STIPULATION TO CONTINUE APPELLATE |
| ) | BRIEFING SCHEDULE; [PROPOSED] ORDER |
| v. ) | |
| ) | |
| RAFAEL O. RAMIREZ, ) | |
| ) | |
| *Defendant-Appellant.* ) | Judge: Hon. LawrenceJ. O'Neill |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the briefing schedule in this matter may be continued as follows: Appellant's opening brief now due October 2, 2008, shall be filed on or before October 6, 2008, Appellee's brief now due October

///
///
///
///
///
///
///
///

23, 2008, shall be filed on or before October 27, 2008, and Appellant's Optional Reply Brief shall be due five court days after service of the Appellee's brief.

McGREGOR W. SCOTT
United States Attorney

DATED: October 2, 2008       By  /s/  Mark J. McKeon
                                 MARK J. McKEON
                                 Assistant United States Attorney
                                 Counsel for Plaintiff-Appellee


DANIEL J. BRODERICK
Federal Defender

DATED: October 2, 2008       By  /s/ Douglas J. Beevers
                                 DOUGLAS J. BEEVERS
                                 Assistant Federal Defender
                                 Counsel for Defendant-Appellant
                                 RAFAEL O. RAMIREZ

**ORDER**

IT IS SO ORDERED.

**Dated:   October 7, 2008**           /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

Stipulation to Continue Appellate Briefing Schedule; [Proposed] Order               2