1  McGREGOR W. SCOTT
   United States Attorney
2  MARK J. MCKEON
   Assistant U.S. Attorneys
3  MISDEMEANOR UNIT
   Federal Building
4  2500 Tulare Street, Suite 4401
   Fresno, California 93721
5  Telephone: (559) 497-4000

6

7

8
              IN THE UNITED STATES DISTRICT COURT FOR THE
9
                   EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,          )      NO. 1:08-cr-00239 LJO
12                                     )
                   Plaintiff-Appellee, )      STIPULATION TO CONTINUE
13                                     )      APPELLEE'S BRIEF; ORDER
                                       )      THEREON
14                 v.                  )
                                       )
15 RAFAEL O. RAMIREZ,                  )
                                       )
16                 Defendant-Appellant. )
                                       )
17 _____    )

18
        WHEREAS, the briefing schedule and Opening Brief of Appellant
19
   filed was never served on the Plaintiff-Appellee;
20
        WHEREAS, Plaintiff-Appellee first obtained a copy of the
21
   briefing schedule and Opening Brief of Appellant from the ECF
22
   system on October 27, 2008;
23
        WHEREAS, because of the press of business in other cases,
24
   including preparation for a jury trial commencing November 4,
25
   2008, Plaintiff-Appellee and Defendant-Appellant have agreed to
26
   extend the briefing schedule on this appeal by 4 weeks;
27
        THEREFORE, IT IS HEREBY STIPULATED by and between the parties
28

                                    1

1   hereto through their respective counsel, MARK J. McKEON, Assistant

2   United States Attorney for Plaintiff-Appellee and DOUGLAS J.

3   BEEVERS, attorney for Defendant-Appellant, that the filing of

4   Plaintiff-Appellee's brief, be continued to **November 28, 2008.** The

5   Defendant-Appellant's reply brief shall be due five court days

6   after service of the Appellee's brief.

7
                                    Respectfully submitted,
8
                                    McGREGOR W. SCOTT
9                                   United States Attorney

10

11
    Dated: October 27, 2008      By   /S/Mark J. McKeon
12                                     MARK J. McKEON
                                       Assistant U. S. Attorney
13

14
    Dated: October 27, 2008           /s/Douglas J. Beevers
15                                     DOUGLAS J. BEEVERS
                                       Attorney for Defendant
16

17                            **ORDER**

18   IT IS SO ORDERED.

19   **Dated:    October 28, 2008**           **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28

                                2