```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MARK J. MCKEON
    Assistant U.S. Attorneys
 3  MISDEMEANOR UNIT
    Federal Building
 4  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 5  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>        Plaintiff-Appellee, )<br>                              )<br>                              )<br>              v.              )<br>                              )<br>RAFAEL O. RAMIREZ,            )<br>                              )<br>        Defendant-Appellant.  )<br>_____) | NO. 1:08-cr-00239 LJO<br><br>STIPULATION TO CONTINUE<br>APPELLEE'S BRIEF; ORDER<br>THEREON |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the briefing schedule may be continued as follows: Appellee's brief shall be due December

//
//
//
//
//
//

1

1  19, 2008, and Appellant's Optional Reply Brief shall be due
2  January 9, 2008.
3      The reason for this stipulation is that the government needs
4  additional time to complete the briefing.  Normally, briefs on
5  appeals from the magistrate court to the district court are
6  drafted by clerks in the U.S. Attorney's office misdemeanor unit,
7  with final review and editing by an AUSA.  However, at the present
8  time, the U.S. Attorney's office is without any misdemeanor
9  clerks, although the clearance process is underway to resolve this
10 situation.  As a result, the undersigned attorney in charge of the
11 misdemeanor unit has had to pick up the entire law clerk case
12 load, as well as handle his own case load.  At the present time,
13 the undersigned AUSA is preparing briefs on three appeals to the
14 district court, all of which are due within the next 30 days.
15 This is in addition to handling all work on misdemeanor cases
16 currently filed and being investigated, and all felony cases
17 assigned to the undersigned attorney. In addition, the undersigned
18 attorney has a case in preparation for a jury trial in mid-
19 December, and had another case with a jury trial held in mid-
20 November.  The present proposed briefing schedule would permit the
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

undersigned attorney to complete the government's briefing before the December holiday break.

```
                                   Respectfully submitted,

                                   McGREGOR W. SCOTT
                                   United States Attorney


Dated: December 1, 2008     By    /S/Mark J. McKeon
                                  MARK J. McKEON
                                  Assistant U. S. Attorney


Dated: December 1, 2008           /s/Douglas J. Beevers
                                  DOUGLAS J. BEEVERS
                                  Attorney for Defendant
```

**ORDER**

IT IS SO ORDERED.

**Dated:   December 4, 2008**                /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE